

Anthony J. Bucci, Providence, for respondent.

Eldridge H. Henning, Jr., Providence, for respondent.

ORDER

The petition for certiorari is denied as moot.

ORDER

The petition for writ of certiorari is denied.

■

**William D. CYWIN**

v.

**CRANSTON POLICE DEPARTMENT.**

No. 84–523–M.P.

Supreme Court of Rhode Island.

Dec. 13, 1984.

William D. Cywin, pro se.

Dennis J. Roberts II, Atty. Gen., for respondent.

ORDER

The petition for habeas corpus is denied, without prejudice, however, to petitioner's right to pursue an appropriate remedy in the district court.

■

**James E. MacDONALD, Jr.**

v.

**Russell M. BROWN, et al.**

No. 84–359–M.P.

Supreme Court of Rhode Island.

Dec. 13, 1984.

Normand G. Benoit, Providence, for petitioner.

Joseph G. Kinder, Sara M. Quinn, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.

■

**Lisabeth J. DuFOUR**

v.

**FELTOC, INC.**

No. 84–497–M.P.

Supreme Court of Rhode Island.

Dec. 13, 1984.

Raul L. Lovett, Providence, for petitioner.

■

**Franco PENZO**

v.

**GENERAL FENCE SUPPLY CO. INC.**

No. 84–513–M.P.

Supreme Court of Rhode Island.

Dec. 13, 1984.

Raul L. Lovett, Marc B. Gursky, Providence, for petitioner.